Fill in this information to identify the case:
Debtor name: **Fourteenth Avenue Cartage Company, Inc.**
United States Bankruptcy Court for the: **EASTERN DISTRICT OF MICHIGAN**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| AT&T<br>c/o Bankruptcy<br>4331 Communications Dr.<br>Floor 4W<br>Dallas, TX 75211 | | | | | | $59,232.19 |
| Bank of America | Bankruptcy Department<br><br>1-402-602-8558 | Trailer Leasing | | | | $34,077.96 |
| Blue Cross Blue Shield<br>415 E Jefferson Avenue<br>Detroit, MI 48226 | 855-237-3501 | Employee Health Insurance | | | | $22,722.01 |
| CAPITAL ALLIANCE CORPORATION<br>6246 W Sternes Rd<br>Ottawa Lake, MI 49267 | Tom Varga<br><br>734-854-8080 | Trailer Leasing | Contingent<br>Unliquidated<br>Disputed | | | $441,642.55 |
| COMPASS LEASE LLC<br>29171 Goddard Rd<br>Romulus, MI 48174 | Vince Antonopulos<br><br>vince@compasslease.com<br><vince@compasslease.com>;<br>(734) 216-1247 | Trailer Leasing | | | | $52,600.00 |
| DICKINSON FLEET ENTERPRISES<br>1000 John R Suite 110<br>Troy, MI 48083 | Jennifer Small<br><br>jsmall@dickisonfleetservices.com<br>313-363-5113 | Equipment Maintenance | | | | $15,985.85 |
| DRIVER LOGISTICS<br>19500 Middlebelt Rd Suite 350<br>Livonia, MI 48152 | Mark Morey<br><br>mmorey@driverlogistics.com<br>248-474-6100 | Contract Labor | | | | $30,227.10 |

| Debtor | Fourteenth Avenue Cartage Company, Inc. | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- |
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **FIRST BANKCARD**  1620 Dodge St  Omaha, NE 68197 | **Bankruptcy Department**  1-888-295-5540 | **Credit Card** | | | | $47,631.06 |
| **FLYERS ENERGY**  633 West Wisconsin Avenue  Suite 1800  Milwaukee, WI 53203 | (414) 271-8833 | **Trade Debts** | | | | $125,291.94 |
| **GROUND CONTROL PROPERTY SERVICES**  13250 Rotunda Dr  Suite D  Dearborn, MI 48120 | **Douglas Nicholl**  nicholld@groundcontrolps.com  (313) 727-9710 | **Grounds Maintenance** | | | | $49,836.00 |
| **KITCH DRUTCHAS WAGNER VALITUTTI & SHERBR**  1 Woodward Ave  Suite 2400  Detroit, MI 48226 | **Andrew Harris, Esq.**  andrew.harris@kitch.com  313-965-7991 | **Professional Services** | | | | $65,374.94 |
| **MIES AND COMPANY INC**  1064 Oxford  Birmingham, MI 48009 | **Mr. James Mies**  jemies@miesandcompany.com  248-766-7884 | **Professional Services** | | | | $157,558.00 |
| **PENSKE TRUCK LEASING**  2675 Morgantown Road  Reading, PA 19603 | **Toddra Labadie**  toddra.labadie@penske.com  313-414-4478 | **Truck Leasing** | | | | $553,461.33 |
| **RKA PETROLEUM COMPANIES**  28340 Wick Road  Romulus, MI 48174 | **Dan Ranks**  ranksd@rkapetroleum.com  (734) 946-2199 | **Trade Debts** | | | | $249,760.72 |
| **TAILORED LOGISTICS SOLUTIONS**  375 83rd St  Willowbrook, IL 60527 | **Brian Ellisbrian**  brian@tailoredlogistics.com  (630) 887-4470 | **Trade Debts** | | | | $24,476.58 |
| **TRAILER X-PRESS INC**  7979 Division Avenue South  Grand Rapids, MI 49548 | **TRAILER X-PRESS INC**  mwellman@trailerequitment.com  (616) 248-0600 | **Trailer Leasing** | | | | $58,000.00 |

| Debtor | **Fourteenth Avenue Cartage Company, Inc.** | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TRANSFORCE INC.**<br>7445 Allen Rd Suite 104<br>Allen Park, MI 48101 | **TRANSFORCE INC.**<br>tolsen@transforce.com<br>(313) 388-4900 | **Contract Drivers** | | | | $421,814.06 |
| **TRILLIUM DRIVERS**<br>21140 Allen Rd<br>Trenton, MI 48183 | Kathleen Herrick<br>kherrick@trilliumdrivers.com<br>(734) 258-7620 | **Contract Drivers** | | | | $324,814.06 |
| **WALSH SERVICE SOLUTIONS**<br>5706 Saddle Club Drive<br>Kalamazoo, MI 49009 | Dave Kennedy<br>866-977-3835 | **Trade Debts** | | | | $78,000.00 |
| **WELLS FARGO EQUIPMENT FINANCE INC**<br>MAC N9300-100 600 South 4th Street<br>Minneapolis, MN 55415 | James Owens<br>james.owens@wellsfargo.com<br>215-670-6166 | **Alleged Deficiency on Judgment** | **Contingent Unliquidated Disputed** | | | $462,292.37 |