**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

<u>**COVER SHEET FOR AMENDMENTS**</u>

**Case Name:** <u>Fourteenth Avenue Cartage Company, Inc.</u>     **Case No.:** <u>19-54128</u>

<u>**DESCRIBE INFORMATION BEING AMENDED BY CHECKING APPLICABLE BOX(ES) BELOW:**</u>

❏ **Amendment to Petition:**
      ❏ Name ❏ Debtor(s) Mailing Address ❏ Alias
      ❏ Signature ❏ Complying with Order Directing the Filing of Official Form(s)

❏ **Summary of Your Assets and Liabilities and Certain Statistical Information**

❏ **Statement of Financial Affairs**

❈ **Schedules and List of Creditors:**

  ❈ Schedule A/B

  ❏ Schedule C ❏ Debtor 2 Schedule C

  ❈ List of Creditors ❏ Schedule D ❈ Schedule E/F and

      ❈ Add creditor(s), provide address of creditor already on the List of Creditors, change amount or classification of debt - **$31.00 Fee Required**, or

      ❈ Change address of a creditor already on the List of Creditors – **No Fee Required**

  ❈ Schedule G

  ❏ Schedule H

  ❏ Schedule I

  ❏ Schedule J

  ❏ Schedule J-2

**NOTE: Use Page 2 for any corrections or additions to the List of Creditors.**

---

**Additional Details of Amendment(s):** <u>Schedule A/B, addition to Part 2 -8 and 11, Part 11 – 72, Schedule E/F, name corrections and address changes, amount of claims, additional creditors, Schedule G – additional executory contracts added, correction to name, detailed descriptions and removal of contracts.</u>

---

| ➡ | **DECLARATION OF ATTORNEY:** I declare that the above information contained on this cover sheet may be relied upon by the Clerk of the Court as a complete and accurate summary of the information contained in the documents attached. |
|---|---|
| **Date 11/12/2019** | **Signature /s/ Michael R. Wernette** |
| ➡ | **AFFIRMATION OF DEBTOR(S):** I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., and that they are true and correct to the best of my knowledge, information and belief. |
| **Date 11/12/2019** | **Signature  /s/ James V. Ryan** |
| **Date** | **Signature** |

**United States Bankruptcy Court**
**Eastern District of Michigan**

In re    **Fourteenth Avenue Cartage Company, Inc.**                    Case No.   **19-54128**

                                     Debtor(s)                           Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the Chief Operating Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **November 12, 2019**                      **/s/ James V. Ryan**
                                              **James V. Ryan/Chief Operating Officer**
                                              Signer/Title

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

9N9-PRAXAIR DISTRIBUTION INC
5825 Wyoming Avenue
Dearborn, MI 48126


ABSOPURE WATER
8835 General Drive
Plymouth, MI 48170


Accident Fund Insurance Company of Amer
200 N. Grand Avenue
Lansing, MI 48933


Allied Abuse Substance Professionals
23906 Woodward Ave
Pleasant Ridge, MI 48069


Allied Substance Abuse Professionals, In
23906 Woodward Ave
Pleasant Ridge, MI 48069


AMERICAN EXPRESS
200 Vesey Street
New York, NY 10285-3106


American Process Agents
1900 Texas Avenue
Bridge City, TX 77611


American Process Agents Bridge
1900 Texas Avenue
Bridge City, TX 77611


APPLIED IMAGING
46620 Ryan Ct
Novi, MI 48377


ARAMARK UNIFORM SERVICES
5120 Advantage Drive
Toledo, OH 43612


ASSURED TELEMATICS INC
64 Windsor Road
Milton, MA 02186

AT&T
c/o Bankruptcy
4331 Communications Dr.
Floor 4W
Dallas, TX 75211


AT&T
PO BOX 5019
Carol Stream, IL 60197


Banc of America Leasing & Capital, LLC
475 Crossy Point Parkway
Getzville, NY 14068-9000


Banc of America Leasing and Capital
475 Crossy Point Parkway
Getzville, NY 14068-9000


Bank of America
100 N. Tryon Street
Charlotte, NC 28255


Beatrice Ryan
28336 Wildwood Trail
Farmington, MI 48336


BESTDRIVE
22100 Trolly Industrial Blvd
Taylor, MI 48180


Blue Care Network
20500 Civic Center Drive
Southfield, MI 48076


Blue Cross Blue Shield
415 E Jefferson Avenue
Detroit, MI 48226


BMO Transportation Finance
300 E John Carpenter Freeway Suite 500
Irving, TX 75062

Bodman PLC
Attn: Marc Bakst
1901 Saint Antoine Street
Floor 6
Detroit, MI 48226


BOULEVARD & TRUMBULL TOWING
2411 Vinewood Street
Detroit, MI 48216


CANON FINANCIAL SERVICES, INC
158 Gaither Drive Suite 200
Mount Laurel, NJ 08054


CAPITAL ALLIANCE CORPORATION
6246 W Sternes Rd
Ottawa Lake, MI 49267


CERTIFIED ALIGNMENT & SUSPENSION INC
6707 Dix
Detroit, MI 48209


Chemical Bank
333 E Main St
Midland, MI 48640


Chicago-Ohio Valley Cons. Chassis Pool,
500 International Drive, Ste. 130
Budd Lake, NJ 07828


CITY OF DEARBORN - WATER
2951 Greenfield
Dearborn, MI 48120


CLIF OROZCO LLC
11664 Phyllis ST
Taylor, MI 48180


COMPASS LEASE LLC
29171 Goddard Rd
Romulus, MI 48174


CONTRACTORS FENCE & GATE SERVICE
14900 Telegraph Rd
Redford, MI 48239

COSCO Shipping Lines North America Inc
15600 JFK Blvd, Suite 400
Houston, TX 77032


D & B LANDSCAPING INC
13222 Merriman Rd
Livonia, MI 48150


DICKINSON FLEET ENTERPRISES
1000 John R Suite 110
Troy, MI 48083


Direct Chassis Link, Inc.
3525 WhiteHall Park Drive
Ste. 400
Charlotte, NC 28273


DRIVER LOGISTICS
19500 Middlebelt Rd Suite 350
Livonia, MI 48152


DRIVEWYZE
170 6325 GATEWAY BLVD NW
EDMONTON ALBERTA CA T6H5H6


DTE Energy
P.O. Box 740786
Cincinnati, OH 45274


Eastman & Smith
1 SeaGate
24th Floor
Toledo, OH 43699


EASTMAN FIRE PROTECTION COMPANY LLC
1450 Souter
Troy, MI 48083


FEDEX REVENUE SERVICES
3965 Airways Boulevard Module G
Memphis, TN 38116


FIRST BANKCARD
1620 Dodge St
Omaha, NE 68197

FIRST NATIONAL BANK OF OMAHA
1620 Dodge St
Omaha, NE 68197


FLEET ENTERPRISES
1000 John R Suite 110
Troy, MI 48083


Flexi-Van Leasing
251 Monroe
Kenilworth, NJ 07033


FLYERS ENERGY
633 West Wisconsin Avenue
Suite 1800
Milwaukee, WI 53203


GE TF TRUST
300 E John Carpenter Freeway Suite 500
Irving, TX 75062


General Electric Capital Corp.
300 E John Carpenter Freeway Suite 500
Irving, TX 75062


GOVERNOR BUSINESS SOLUTIONS
15260 Commerce Drive South
Dearborn, MI 48120


GROUND CONTROL PROPERTY SERVICES
13250 Rotunda Dr Suite D
Dearborn, MI 48120


GUEST, OLDS & WEST PLC
30600 Telegraph Rd Suite 3165
Franklin, MI 48025


HAPAG-LLOYD AMERICA INC
5515 Spallding Drive
Peachtree Corners, GA 30092


HI-LO INDUSTRIAL TRUCKS COMPANY
10268 West Jefferson Avenue
River Rouge, MI 48218

HIGH TECH SECURITY SYSTEMS INC
24045 Research Drive
Farmington, MI 48335


InLand Finance Company
8040 University Blvd.
Clive, IA 50325


IPS
363 W Big Beaver Rd Suite 100
Troy, MI 48084


JDC TEK
314 East 4th Street
Royal Oak, MI 48067


JEBCO INVESTMENTS, LC
4401 Stecker Street
Dearborn, MI 48126


JET'S REPAIR SERVICE
1125 W Waterford Avenue
Milwaukee, WI 53221


JJ KELLER AND ASSOCIATES INC.
3003 Breezewood Lane
Neenah, WI 54956


KITCH
1 Woodward Ave Suite 2400
Detroit, MI 48226


KITCH DRUTCHAS WAGNER,
 VALITUTTI & SHERBROOK
1 Woodward Ave Suite 2400
Detroit, MI 48226


KVM DOOR SYSTEMS INC
24387 Sorrentino Court
Clinton Township, MI 48035


LAKESHORE UTILITY TRAILER INC
18239 S Telegraph Rd
Romulus, MI 48174

M & J REPAIR
37499 Mallory
Livonia, MI 48178


MARCO TECHNOLOGIES LLC
15260 Commerce Drive South
Dearborn, MI 48120


MAYNARDS
21700 Northwestern Hwy Suite 1180
Southfield, MI 48075


MCI Communications Services, Inc.
c/o Verizon Global Real Estate
Attn: Lease Administration
7701 E Telecom Parkway
Tampa, FL 33637


METRO AIRPORT TRUCK
13385 Inkster Rd
Taylor, MI 48180


MICHAEL WALKER LAW OFFICE
23 Fire Route 26
Trent Lakes, Ontario Canada
K0M1A0
Trent Lakes, ON


MIDSTATES RECYCLING SERVICES
990 Decker Rd
Walled Lake, MI 48390


MIES AND COMPANY INC
1064 Oxford
Birmingham, MI 48009


MOTOR CITY FASTENER INC
1600 E 10 Mile Rd
Hazel Park, MI 48030


National Industrial Maintenance, Inc.
4400 Stecker
Dearborn, MI 48126

NATIONAL INTERSTATE
63250 Interstate Drive
Richfield, OH 44286


NIGHT OWL TRUCK REPAIR & TRUCKING
32428 Liparoto Drive
Rockwood, MI 48173


OHIO DEPARTMENT OF TAXATION
CAT
30 E4AST BROAD STREET
9TH FLOOR
Columbus, OH 43215


OMNITRACS
717 North Harwood Street Suite 1300
Dallas, TX 75201


OMNITRACS LLC
717 North Harwood Street Suite 1300
Dallas, TX 75201


PENSKE
2675 Morgantown Road
Reading, PA 19603


PENSKE TRUCK LEASING
2675 Morgantown Road
Reading, PA 19603


PITNEY BOWES
2225 American Drive
Neenah, WI 54956


PROPANE SERVICES
27481 Beverly Rd
Romulus, MI 48174


RKA PETROLEUM COMPANIES
28340 Wick Road
Romulus, MI 48174


ROTUNDA CLEANING COMPANY INC
28650 Northline RD
Romulus, MI 48174

SIEGEL GREENFIELD HAYES
1 Town Square Suite 1835
Southfield, MI 48076


SIGNARAMA
6641 Middlebelt Rd
Garden City, MI 48135


SM Line
585 N Juniper Dr Suite 250
Chandler, AZ 85226


Smith, Martin, Powers & Knier, P.C.
Mr. Henry Knier
900 Washington Ave.
Bay City, MI 48707


SPRINT
PO BOX 4181
Carol Stream, IL 60197


STAPLES BUSINESS  ADVANTAGE
7 Technology Circle
Columbia, SC 29203


Stupar, Schuster & Bartell, S.C.
633 W. Wisconsin Avenue
Suite 1800
Milwaukee, WI 53203


Suburban Occupational Health
29750 Ecorse Road
Romulus, MI 48174-3528


TAILORED LOGISTICS SOLUTIONS
375 83rd St
Willowbrook, IL 60527


Talmer Bank and Trust
3201 West Big Beaver Road
Ste. 525
Troy, MI 48084

TCF Equipment Finance
11100 Wayzata Blvd.
Ste. 801
Hopkins, MN 55305


TOM DONAHUE TRUCKING
4701 W Electric Avenue
Milwaukee, WI 53219


TRAC Intermodal
750 College Road East
Princeton, NJ 08540-6646


TRAILER X-PRESS INC
7979 Division Avenue South
Grand Rapids, MI 49548


TRAILER X-PRESS INC - EAST
38600 Ford Rd
Westland, MI 48185


TRANSFORCE
7445 Allen Rd Suite 104
Allen Park, MI 48101


TRANSFORCE INC.
7445 Allen Rd Suite 104
Allen Park, MI 48101


TRILLIUM DRIVERS
21140 Allen Rd
Trenton, MI 48183


Verizon
7701 E Telecom Parkway
Tampa, FL 33637


WALSH SERVICE SOLUTIONS
5706 Saddle Club Drive
Kalamazoo, MI 49009


WASTE MANAGEMENT OF MICHIGAN
2625 W Grandview Road
Phoenix, AZ 85023

WELLS FARGO EQUIPMENT FINANCE INC
MAC N9300-100 600 South 4th Street
Minneapolis, MN 55415


Wells Fargo Vendor Financial Services, L
c/o Ricoh USA Program
BANKRUPTCY ADMINISTRATION
P.O. Box 13708
Macon, GA 31208-3708


ZONAR SYSTEMS
18200 CASCADE AVE SOUTH
Seattle, WA 98188

## CORRECTIONS TO THE LIST OF CREDITORS

**Use this section to make corrections to the name(s) and address(es) of any creditor(s) listed on the current schedules and List of Creditors.**

**PREVIOUS NAME/ADDRESS OF CREDITOR:**

Bank of America
_____

475 Crossy Point Parkway
Getzville, NY 14068-9000
_____

**PLEASE CHANGE TO:**

Banc of America Leasing and Capital
_____

475 Crossy Point Parkway
Getzville, NY 14068-9000
_____

**PREVIOUS NAME/ADDRESS OF CREDITOR:**

First Bank
_____

1620 Dodge Street
Omaha, NE 68197
_____

**PLEASE CHANGE TO:**

First National Bank of Omaha
_____

1620 Dodge Street
Omaha NE 68197
_____

**PREVIOUS NAME/ADDRESS OF CREDITOR:**

_____

_____

_____

**PLEASE CHANGE TO:**

_____

_____

_____

## ADDITIONS TO THE LIST OF CREDITORS

**Use this section to identify creditors added to the schedules and List of Creditors.**

**NAME OF CREDITOR:**   Suburban Occupational Health
_____

**ADDRESS:**   29750 Ecorse Road
Romulus, MI 48174-3528
_____

**NAME OF CREDITOR:**   TCF Equipment Finance
_____

**ADDRESS:**   11100 Wayzata Blvd., Ste. 801
Hopkins, MN 55305
_____

**NAME OF CREDITOR:**   _____

**ADDRESS:**   _____

_____

***FOR ADDITIONAL CORRECTIONS/ADDITIONS, COPY THIS SHEET AND CONTINUE.***

Debtor name    **Fourteenth Avenue Cartage Company, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number (if known)    **19-54128**

■ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

|  |  | Current value of debtor's interest |
| --- | --- | --- |
| 2. | Cash on hand | $0.00 |

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Chemical Bank | Checking | 3397 | $1,331.77 |
| 3.2. | Chemical Bank | Checking | 1836 | $0.00 |
| 3.3. | Chemical Bank | Checking | 8035 | $0.00 |

**4. Other cash equivalents** *(Identify all)*

| | | |
| --- | --- | --- |
| 5. | Total of Part 1. | $1,331.77 |
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1. | **Trailer X-Press - deposit for Trailers** | $25,000.00 |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

| 8.1. | **Prepaid Bridge Tolls.** | $6,152.00 |

| 8.2. | **Prepaid Insurance.** | $70,674.02 |

| 8.3. | **Prepaid Licenses.** | $5,371.11 |

| 8.4. | **Prepaid Property Taxes.** | $29,607.93 |

9.    **Total of Part 2.**                                              $136,805.06
      Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

| 11a. 90 days old or less: | **1,824,793.52** | - | **0.00** = .... | $1,824,793.52 |
| | face amount | | doubtful or uncollectible accounts | |

| 11b. Over 90 days old: | **412,353.50** | - | **183,378.98** = .... | $228,974.52 |
| | face amount | | doubtful or uncollectible accounts | |

12.   **Total of Part 3.**                                             $2,053,768.04
      Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies FUEL IN TRUCKS PURCHASED WITHIN 20 DAYS OF THE PETITION DATE.** | 10/3/2019 | $33,436.80 | Comparable sale | **Unknown** |

23. **Total of Part 5.**                                                                    $0.00

   Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
   ■ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No. Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** CUBICLE DESKS, CHAIRS, OFFICE DESKS AND CHAIRS; REFRIGERATOR, MICROWAVE, LUNCH ROOM TABLE, STORAGE CARTS, MACHINE STANDS. | $4,691.00 | Appraisal | $3,500.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |

| PHONES, COMPUTERS, SCANNERS, PRINTERS, COPIERS, SOFTWARE PROGRAMS. | $31,368.00 | Appraisal | $5,000.00 |
|---|---|---|---|

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                                    $8,500.00
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. Trailers. | $50,464.00 | Appraisal | $25,500.00 |
| 47.2. **Cab Cameras and CB radios** | $48,148.00 | Comparable sale | $20,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
|---|---|---|---|
| HI/LO | $1,389.00 | Appraisal | Unknown |
| Tenant 800 sweeper | $73,827.00 | Comparable sale | $32,900.00 |
| Generator | $0.00 | Appraisal | $3,000.00 |

51. **Total of Part 8.**                                                                                    $81,400.00
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **4401 Stecker Street**<br>**Dearborn MI 48126** | Leasehold | Unknown | N/A | $0.00 |

56.    **Total of Part 9.**                                                                                 $0.00

       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites**<br>**www.fourteenth.com** | Unknown | | Unknown |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations**<br>**Customer mailing lists and vendor numbers.** | Unknown | | Unknown |

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                        | $0.00 |

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70.    **Does the debtor own any other assets that have not yet been reported on this form?**
       Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ☐ No. Go to Part 12.
       ■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
| --- | --- | --- |

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)
       **Federal N.O.L.  $3,416,148. Calculated tax rate x present value x 21% x .9**    Tax year **2018**    $640,000.00

       **State of Michigan tax refund.**    Tax year **2018**    $25,668.00

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

       **Advantage**    Unknown

| Nature of claim | **BREACH OF CONTRACT, PROMISSORY ESTOPPEL** |
| --- | --- |
| Amount requested | $1,300,000.00 |

       **Wells Fargo Equipment Finance.**    Unknown

| Nature of claim | **Excess value of trailers.** |
| --- | --- |
| Amount requested | $175,000.00 |

75.    **Other contingent and unliquidated claims or causes of action of**

every nature, including counterclaims of the debtor and rights to
set off claims

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets,
     country club membership

78.  **Total of Part 11.**                                                              | **$665,668.00** |

     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $1,331.77 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $136,805.06 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $2,053,768.04 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $8,500.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $81,400.00 | |
| 88. Real property. *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $665,668.00 | |
| 91. Total. Add lines 80 through 90 for each column | $2,947,472.87 | + 91b. $0.00 |
| 92. Total of all property on Schedule A/B. Add lines 91a+91b=92 | | $2,947,472.87 |

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| | | |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**9N9-PRAXAIR DISTRIBUTION INC**<br>**5825 Wyoming Avenue**<br>**Dearborn, MI 48126**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$128.12** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**ABSOPURE WATER**<br>**8835 General Drive**<br>**Plymouth, MI 48170**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$403.87** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Accident Fund Insurance Company of Amer**<br>**200 N. Grand Avenue**<br>**Lansing, MI 48933**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Allied Abuse Substance Professionals**<br>**23906 Woodward Ave**<br>**Pleasant Ridge, MI 48069**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,195.00** |

| | | | |
|---|---|---|---|
| **3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49.00 |
| | **American Process Agents**<br>**1900 Texas Avenue**<br>**Bridge City, TX 77611** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $876.00 |
| | **APPLIED IMAGING**<br>**46620 Ryan Ct**<br>**Novi, MI 48377** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,154.36 |
| | **ARAMARK UNIFORM SERVICES**<br>**5120 Advantage Drive**<br>**Toledo, OH 43612** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| | **ASSURED TELEMATICS INC**<br>**64 Windsor Road**<br>**Milton, MA 02186** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59,232.19 |
| | **AT&T**<br>**c/o Bankruptcy**<br>**4331 Communications Dr.**<br>**Floor 4W**<br>**Dallas, TX 75211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| | **Banc of America Leasing and Capital**<br>**475 Crossy Point Parkway**<br>**Getzville, NY 14068-9000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65,000.00 |
| | **Beatrice Ryan**<br>**28336 Wildwood Trail**<br>**Farmington, MI 48336** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,660.82 |
|---|---|---|---|

**BESTDRIVE**
22100 Trolly Industrial Blvd
Taylor, MI 48180

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Blue Care Network**
20500 Civic Center Drive
Southfield, MI 48076

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,722.01 |
|---|---|---|---|

**Blue Cross Blue Shield**
415 E Jefferson Avenue
Detroit, MI 48226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**BMO Transportation Finance**
300 E John Carpenter Freeway Suite 500
Irving, TX 75062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,410.00 |
|---|---|---|---|

**BOULEVARD & TRUMBULL TOWING**
2411 Vinewood Street
Detroit, MI 48216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,945.13 |
|---|---|---|---|

**CANON FINANCIAL SERVICES, INC**
158 Gaither Drive Suite 200
Mount Laurel, NJ 08054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $441,642.55 |
|---|---|---|---|

**CAPITAL ALLIANCE CORPORATION**
6246 W Sternes Rd
Ottawa Lake, MI 49267

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CERTIFIED ALIGNMENT & SUSPENSION INC**
6707 Dix
Detroit, MI 48209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chicago-Ohio Valley Cons. Chassis Pool,**
500 International Drive, Ste. 130
Budd Lake, NJ 07828

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $381.89 |
|---|---|---|---|

**CITY OF DEARBORN - WATER**
2951 Greenfield
Dearborn, MI 48120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,480.00 |
|---|---|---|---|

**CLIF OROZCO LLC**
11664 Phyllis ST
Taylor, MI 48180

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,600.00 |
|---|---|---|---|

**COMPASS LEASE LLC**
29171 Goddard Rd
Romulus, MI 48174

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CONTRACTORS FENCE & GATE SERVICE**
14900 Telegraph Rd
Redford, MI 48239

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**COSCO Shipping Lines North America Inc**
15600 JFK Blvd, Suite 400
Houston, TX 77032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is: *Check all that apply.*      **$246.00**

**D & B LANDSCAPING INC**
**13222 Merriman Rd**
**Livonia, MI 48150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _      Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is: *Check all that apply.*      **$15,985.85**

**DICKINSON FLEET ENTERPRISES**
**1000 John R Suite 110**
**Troy, MI 48083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _      Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is: *Check all that apply.*      **$0.00**

**Direct Chassis Link, Inc.**
**3525 WhiteHall Park Drive**
**Ste. 400**
**Charlotte, NC 28273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2844**      Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is: *Check all that apply.*      **$30,227.10**

**DRIVER LOGISTICS**
**19500 Middlebelt Rd Suite 350**
**Livonia, MI 48152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _      Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**

**DRIVEWYZE**
**170 6325 GATEWAY BLVD NW**
**EDMONTON ALBERTA CA T6H5H6**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _      Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**

**DTE Energy**
**P.O. Box 740786**
**Cincinnati, OH 45274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _      Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is: *Check all that apply.*      **$610.75**

**EASTMAN FIRE PROTECTION COMPANY**
**LLC**
**1450 Souter**
**Troy, MI 48083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _      Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.33** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **$112.77** |

**3.33** Nonpriority creditor's name and mailing address
FEDEX REVENUE SERVICES
3965 Airways Boulevard Module G
Memphis, TN 38116

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          **$112.77**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34** Nonpriority creditor's name and mailing address
FIRST NATIONAL BANK OF OMAHA
1620 Dodge St
Omaha, NE 68197

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          **$47,631.06**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** Nonpriority creditor's name and mailing address
Flexi-Van Leasing
251 Monroe
Kenilworth, NJ 07033

Date(s) debt was incurred _
Last 4 digits of account number  **03CG**

As of the petition filing date, the claim is: Check all that apply.          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.36** Nonpriority creditor's name and mailing address
FLYERS ENERGY
633 West Wisconsin Avenue
Suite 1800
Milwaukee, WI 53203

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          **$125,291.94**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37** Nonpriority creditor's name and mailing address
GROUND CONTROL PROPERTY SERVICES
13250 Rotunda Dr Suite D
Dearborn, MI 48120

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          **$49,836.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.38** Nonpriority creditor's name and mailing address
GUEST, OLDS & WEST PLC
30600 Telegraph Rd Suite 3165
Franklin, MI 48025

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          **$12,219.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.39** Nonpriority creditor's name and mailing address
HAPAG-LLOYD AMERICA INC
5515 Spalding Drive
Norcross, GA 30092

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,172.39 |
|---|---|---|---|

**HI-LO INDUSTRIAL TRUCKS COMPANY**
10268 West Jefferson Avenue
River Rouge, MI 48218

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $185.00 |
|---|---|---|---|

**HIGH TECH SECURITY SYSTEMS INC**
24045 Research Drive
Farmington, MI 48335

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**InLand Finance Company**
8040 University Blvd.
Clive, IA 50325

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**IPS**
363 W Big Beaver Rd Suite 100
Troy, MI 48084

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JDC TEK**
314 East 4th Street
Royal Oak, MI 48067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JEBCO INVESTMENTS, LC**
4401 Stecker Street
Dearborn, MI 48126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $772.30 |
|---|---|---|---|

**JET'S REPAIR SERVICE**
1125 W Waterford Avenue
Milwaukee, WI 53221

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.47** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.47**

Nonpriority creditor's name and mailing address

JJ KELLER AND ASSOCIATES INC.
3003 Breezewood Lane
Neenah, WI 54956

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$339.12**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48**

Nonpriority creditor's name and mailing address

KITCH DRUTCHAS WAGNER,
VALITUTTI & SHERBROOK
1 Woodward Ave Suite 2400
Detroit, MI 48226

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$65,374.94**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.49**

Nonpriority creditor's name and mailing address

KVM DOOR SYSTEMS INC
24387 Sorrentino Court
Clinton Township, MI 48035

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.50**

Nonpriority creditor's name and mailing address

LAKESHORE UTILITY TRAILER INC
18239 S Telegraph Rd
Romulus, MI 48174

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51**

Nonpriority creditor's name and mailing address

M & J REPAIR
37499 Mallory
Livonia, MI 48178

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$4,532.10**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.52**

Nonpriority creditor's name and mailing address

MARCO TECHNOLOGIES LLC
15260 Commerce Drive South
Dearborn, MI 48120

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$14,718.98**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.53**

Nonpriority creditor's name and mailing address

MAYNARDS
21700 Northwestern Hwy Suite 1180
Southfield, MI 48075

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$1,250.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**METRO AIRPORT TRUCK**
13385 Inkster Rd
Taylor, MI 48180

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $725.00 |
|---|---|---|---|

**MICHAEL WALKER LAW OFFICE**
23 Fire Route 26
Trent Lakes, Ontario Canada
K0M1A0
Trent Lakes, ON

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |
|---|---|---|---|

**MIDSTATES RECYCLING SERVICES**
990 Decker Rd
Walled Lake, MI 48390

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $157,558.00 |
|---|---|---|---|

**MIES AND COMPANY INC**
1064 Oxford
Birmingham, MI 48009

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $421.67 |
|---|---|---|---|

**MOTOR CITY FASTENER INC**
1600 E 10 Mile Rd
Hazel Park, MI 48030

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**NATIONAL INTERSTATE**
63250 Interstate Drive
Richfield, OH 44286

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $289.00 |
|---|---|---|---|

**NIGHT OWL TRUCK REPAIR & TRUCKING**
32428 Liparoto Drive
Rockwood, MI 48173

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,000.00 |
|---|---|---|---|

**OHIO DEPARTMENT OF TAXATION CAT**
30 E4AST BROAD STREET
9TH FLOOR
Columbus, OH 43215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**OMNITRACS LLC**
717 North Harwood Street Suite 1300
Dallas, TX 75201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $553,461.33 |
|---|---|---|---|

**PENSKE TRUCK LEASING**
2675 Morgantown Road
Reading, PA 19603

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,105.00 |
|---|---|---|---|

**PITNEY BOWES**
2225 American Drive
Neenah, WI 54956

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,821.41 |
|---|---|---|---|

**PROPANE SERVICES**
27481 Beverly Rd
Romulus, MI 48174

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $249,760.72 |
|---|---|---|---|

**RKA PETROLEUM COMPANIES**
28340 Wick Road
Romulus, MI 48174

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,320.00 |
|---|---|---|---|

**ROTUNDA CLEANING COMPANY INC**
28650 Northline RD
Romulus, MI 48174

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

19-54128-mlo    Doc 57    Filed 11/12/19    Entered 11/12/19 17:22:56    Page 32 of 42

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,340.00 |
|---|---|---|---|

**SIEGEL GREENFIELD HAYES**
**1 Town Square Suite 1835**
**Southfield, MI 48076**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $910.00 |
|---|---|---|---|

**SIGNARAMA**
**6641 Middlebelt Rd**
**Garden City, MI 48135**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $165.00 |
|---|---|---|---|

**SM Line**
**585 N Juniper Dr Suite 250**
**Chandler, AZ 85226**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33.13 |
|---|---|---|---|

**SPRINT**
**PO BOX 4181**
**Carol Stream, IL 60197**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $912.60 |
|---|---|---|---|

**STAPLES BUSINESS  ADVANTAGE**
**7 Technology Circle**
**Columbia, SC 29203**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,250.00 |
|---|---|---|---|

**Suburban Occupational Health**
**29750 Ecorse Road**
**Romulus, MI 48174-3528**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,476.58 |
|---|---|---|---|

**TAILORED LOGISTICS SOLUTIONS**
**375 83rd St**
**Willowbrook, IL 60527**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**TCF Equipment Finance**
**11100 Wayzata Blvd.**
**Ste. 801**
**Hopkins, MN 55305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**TOM DONAHUE TRUCKING**
**4701 W Electric Avenue**
**Milwaukee, WI 53219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$593.76** |
|---|---|---|---|

**TRAC Intermodal**
**750 College Road East**
**Princeton, NJ 08540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$135,617.73** |
|---|---|---|---|

**TRAILER X-PRESS INC**
**7979 Division Avenue South**
**Grand Rapids, MI 49548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39.00** |
|---|---|---|---|

**TRAILER X-PRESS INC - EAST**
**38600 Ford Rd**
**Westland, MI 48185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$421,814.06** |
|---|---|---|---|

**TRANSFORCE INC.**
**7445 Allen Rd Suite 104**
**Allen Park, MI 48101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$324,814.06** |
|---|---|---|---|

**TRILLIUM DRIVERS**
**21140 Allen Rd**
**Trenton, MI 48183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.82** | Nonpriority creditor's name and mailing address |

**$4,800.00**

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**Verizon**
**7701 E Telecom Parkway**
**Tampa, FL 33637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** Nonpriority creditor's name and mailing address — **$103,029.54**

**WALSH SERVICE SOLUTIONS**
**5706 Saddle Club Drive**
**Kalamazoo, MI 49009**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** Nonpriority creditor's name and mailing address — **$2,104.13**

**WASTE MANAGEMENT OF MICHIGAN**
**2625 W Grandview Road**
**Phoenix, AZ 85023**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** Nonpriority creditor's name and mailing address — **$462,292.37**

**WELLS FARGO EQUIPMENT FINANCE INC**
**MAC N9300-100 600 South 4th Street**
**Minneapolis, MN 55415**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.86** Nonpriority creditor's name and mailing address — **Unknown**

**ZONAR SYSTEMS**
**18200 CASCADE AVE SOUTH**
**Seattle, WA 98188**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bodman PLC**<br>**Attn: Marc Bakst**<br>**1901 Saint Antoine Street**<br>**Floor 6**<br>**Detroit, MI 48226** | Line **3.85**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Eastman & Smith**<br>**1 SeaGate**<br>**24th Floor**<br>**Toledo, OH 43699** | Line **3.18**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Fourteenth Avenue Cartage Company, Inc.** | Case number (if known) | **19-54128** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.3 **Stupar, Schuster & Bartell, S.C.**<br>**633 W. Wisconsin Avenue**<br>**Suite 1800**<br>**Milwaukee, WI 53203** | Line **3.36**<br><br>☐ Not listed. Explain ____ | **–** |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 3,465,940.33 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 3,465,940.33 |

Fill in this information to identify the case:

Debtor name **Fourteenth Avenue Cartage Company, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN

Case number (if known) **19-54128**

■ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                       12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*       *Property*
    (Official Form 206A/B).

**2. List all contracts and unexpired leases**  **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **WATER COOLER.** |
| | State the term remaining | **Expires 2/4/2020** |
| | List the contract number of any government contract | **6039925/ 60** |

**ABSOPURE WATER**
**8835 General Drive**
**Plymouth, MI 48170**

| | | |
|---|---|---|
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **INTERNET, WIRELESS AND PREMISES BASED FIREWALL SERVICE.** **Contract 8681885 (MIS)** **Contract 8681887 Bandwidth services Premises - Based Firewall Service (SEG)** |
| | State the term remaining | **Expires 2/2/2020 and 2/23/2021** |
| | List the contract number of any government contract | |

**AT&T**
**c/o Bankruptcy**
**4331 Communications Dr.**
**Floor 4W**
**Dallas, TX 75211**

| | | |
|---|---|---|
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **TRAILERS.** |
| | State the term remaining | **April 2022** |
| | List the contract number of any government contract | |

**Banc of America Leasing & Capital, LLC**
**475 Crossy Point Parkway**
**Getzville, NY 14068-9000**

| | | |
|---|---|---|
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **INSURANCE.** |
| | State the term remaining | **EXPIRES 6/30/2020** |
| | List the contract number of any | |

**Blue Cross Blue Shield**
**415 E Jefferson Avenue**
**Detroit, MI 48226**

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

|  |  |  |  |
|---|---|---|---|
|  | government contract |  |  |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASES. 0699304-001, 0699304-002, 0699304-003, 0699304-004, IR ADV 3330i |  |
|---|---|---|---|
|  | State the term remaining | 2/16/2020 and 4/16/2020 | **CANON FINANCIAL SERVICES, INC** |
|  | List the contract number of any government contract |  | **158 Gaither Drive Suite 200 Mount Laurel, NJ 08054** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | TRAILER LEASE. |  |
|---|---|---|---|
|  | State the term remaining | Expires 5/19/2024 | **COMPASS LEASE LLC** |
|  | List the contract number of any government contract |  | **29171 Goddard Rd Romulus, MI 48174** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | MAINTENANCE LEASE. |  |
|---|---|---|---|
|  | State the term remaining | Expires 5/15/2020 | **COMPASS LEASE LLC** |
|  | List the contract number of any government contract |  | **29171 Goddard Rd Romulus, MI 48174** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | TRUCK DRIVERS. |  |
|---|---|---|---|
|  | State the term remaining |  | **DRIVER LOGISTICS** |
|  | List the contract number of any government contract |  | **19500 Middlebelt Rd Suite 350 Livonia, MI 48152** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | MASTER VEHICLE LEASE AGREEMENT. |  |
|---|---|---|---|
|  | State the term remaining |  | **General Electric Capital Corp.** |
|  | List the contract number of any government contract |  | **300 E John Carpenter Freeway Suite 500 Irving, TX 75062** |

## ▮ Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **LEASE:**<br>**4401 Stecker Road,**<br>**Dearborn MI 48126.** | |
| | State the term remaining | **on going** | **JEBCO INVESTMENTS, LC**<br>**4401 Stecker Street**<br>**Dearborn, MI 48126** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor lease of Trailers and Chassis from JEBCO.** | |
| | State the term remaining | **ongoing** | **JEBCO INVESTMENTS, LC**<br>**4401 Stecker Street**<br>**Dearborn, MI 48126** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **LEASE 57 TRAILERS** | |
| | State the term remaining | **varies** | **M & J REPAIR**<br>**37499 Mallory**<br>**Livonia, MI 48178** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **TRUCK REPAIR GARAGE.** | |
| | State the term remaining | **expires 4/1/2023** | **MCI Communications Services, Inc.**<br>**c/o Verizon Global Real Estate**<br>**Attn:  Lease Administration**<br>**7701 E Telecom Parkway**<br>**Tampa, FL 33637** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor leases parking lot on the east side of Stecker, address of 4200 and 4300 Stecker, to be used generally as a parking lot.** | |
| | State the term remaining | **month to month** | **National Industrial Maintenance, Inc.**<br>**4400 Stecker**<br>**Dearborn, MI 48126** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Workers Compensation and Employers Liability** | **NATIONAL INTERSTATE**<br>**63250 Interstate Drive**<br>**Richfield, OH 44286** |
| | State the term remaining | **4/30/2020** | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

## ▮ Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

List the contract number of any government contract _____

| | | | |
|---|---|---|---|
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor leases trucks and trailers from Penske. Penske provides truck maintenance. Expires 3/27/2024** | |
| | State the term remaining | | **PENSKE**<br>**2675 Morgantown Road**<br>**Reading, PA 19603** |
| | List the contract number of any government contract | | |
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor subleases garage to Penske.** | |
| | State the term remaining | | **PENSKE**<br>**2675 Morgantown Road**<br>**Reading, PA 19603** |
| | List the contract number of any government contract | | |
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Postage Machine lease.** | |
| | State the term remaining | **unknown** | **PITNEY BOWES**<br>**2225 American Drive**<br>**Neenah, WI 54956** |
| | List the contract number of any government contract | | |
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **TRAILERS.** | |
| | State the term remaining | | **TCF Equipment Finance**<br>**11100 Wayzata Blvd.**<br>**Ste. 801**<br>**Hopkins, MN 55305** |
| | List the contract number of any government contract | | |
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **CHASSIS POOL.** | |
| | State the term remaining | | **TRAC Intermodal**<br>**750 College Road East**<br>**Princeton, NJ** |
| | List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **TRAILERS.** |
| | State the term remaining | |
| | List the contract number of any government contract | **TRAILER X-PRESS INC**<br>**7979 Division Avenue South**<br>**Grand Rapids, MI 49548** |

| | | |
|---|---|---|
| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Labor Services Agreement.** |
| | State the term remaining | **ongoing** |
| | List the contract number of any government contract | **TRANSFORCE**<br>**7445 Allen Rd Suite 104**<br>**Allen Park, MI 48101** |

| | | |
|---|---|---|
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **SINGLE STREAM RECYCLING.** |
| | State the term remaining | **EXPIRES March 2021** |
| | List the contract number of any government contract | **WASTE MANAGEMENT OF MICHIGAN**<br>**2625 W Grandview Road**<br>**Phoenix, AZ 85023** |

| | | |
|---|---|---|
| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **INDUSTRIAL PARKING LOT SWEEPER.** |
| | State the term remaining | **expires 7/20/2022** |
| | List the contract number of any government contract | **301-0372944-001** |
| | | **WELLS FARGO EQUIPMENT FINANCE INC**<br>**MAC N9300-100 600 South 4th Street**<br>**Minneapolis, MN 55415** |

| | | |
|---|---|---|
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **COPIER MAINTENANCE.** |
| | State the term remaining | **5/26/2012** |
| | List the contract number of any government contract | **3512740** |
| | | **Wells Fargo Vendor Financial Services, L**<br>**c/o Ricoh USA Program**<br>**BANKRUPTCY ADMINISTRATION**<br>**P.O. Box 13708**<br>**Macon, GA 31208-3708** |

| | | |
|---|---|---|
| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **EQUIPMENT LEASE - HARDWARE, DATA TRANSMISSION AND DATA STORAGE SERVICE.** |
| | State the term remaining | **expires 5/1/2021** |
| | | **ZONAR SYSTEMS**<br>**18200 CASCADE AVE SOUTH**<br>**Seattle, WA 98188** |

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Additional Page if You Have More Contracts or Leases**

2. List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

List the contract number of any
government contract            _____